UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LOUELLA McGUIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 2:13-CV-99 |
| | ) |
| ENCORE CAPITAL GROUP, INC., *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

This Fair Debt Collection Practices Act matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 5, 2013. In that Report and Recommendation, the Magistrate Judge recommends that Defendant Lila Sand's motion to dismiss be granted, [Doc. 22]. The motion actually asks for two distinctly different kinds of relief. First, she asks to quash service of process. Second, she seeks to dismiss for lack of personal jurisdiction. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 28], that the portion of plaintiff's motion which seeks dismissal be GRANTED, that the motion to quash portion be DENIED AS MOOT, and that the case against this defendant be DISMISSED.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE